UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

FILED
DEC 31 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:19-cr-00312
    18 U.S.C. § 922(g)(3)
    18 U.S.C. § 924(a)(2)

CHRISTOPHER REDDEN

# I N F O R M A T I O N

(Unlawful Drug User in Possession of a Firearm)

The United States Attorney Charges:

1. On or about September 18, 2019, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER REDDEN knowingly possessed a firearm, that is, a Taurus, model G2C, 9 mm semi-automatic pistol, in and affecting interstate commerce.

2. At the time defendant CHRISTOPHER REDDEN possessed the aforesaid firearm, he knew he was an unlawful user of and addicted to methamphetamine, a Schedule II controlled substance as defined in Section 102 of the Controlled Substances Act.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By: _/s/ Timothy D. Boggess_____
TIMOTHY D. BOGGESS
Assistant United States Attorney